# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

---------------------------------- X
GARY F. PRESTIPINO, on behalf of
himself and all others similarly situated,

        Plaintiff,

   v.

LINCOLN LIFE AND ANNUITY
COMPANY OF NEW YORK,

        Defendant.
---------------------------------- X

CIVIL ACTION NO. 3:15-cv-2131

Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Gary F. Prestipino submits this Notice of Voluntary Dismissal without prejudice.

    Respectfully submitted,

Dated: June 24, 2015    By:    s/ Patrick F. Madden
Patrick F. Madden
pmadden@bm.net
Shanon J. Carson
scarson@bm.net
Glen Abramson
gabramson@bm.net
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-4656
Fax: (215) 875-4604

*Attorneys for Plaintiff*

SO ORDERED: [signature]
DATED: 6/25/15